**Order entered October 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00999-CR

**PEDRO FIGUEROA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-54929-N**

## ORDER

On September 30, 2015, this Court ordered the Dallas County District Clerk to file the clerk's record within ten days. To date, we have not received the clerk's record, nor have we received any correspondence from the District Clerk regarding the status of the record.

Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record within **FIVE DAYS** of the date of this order. No further extensions will be granted. If the clerk's record is not filed within the time specified, the Court will utilize its available remedies to obtain the clerk's record.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE